HARRY POMERANTZ, Respondent, v. NATIONAL SURETY COMPANY, Appellant.—Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CARL HEDSTROM, Appellant, v. ALBERT KAHN and Others, Respondents.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LILLIAN A. HALL, Respondent, v. ROYAL INSURANCE COMPANY, LTD., Appellant. —Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SCHLEICHER & SONS, INC., Respondent, v. JOSEPH B. CONTORDY, Appellant.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CLARA WALCER and Another, Respondents, v. ISRAEL SHERMAN and Others, Appellants.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ADAM PETZ and Another, Appellants, v. JOSEPH BEIM and Others, Respondents. — Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PASQUALE SAMMARTINO, Respondent, v. FLOYD SPITZNER and Another, Appellants.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

905 WEST END AVENUE CORPORATION, Appellant, v. HENRY M. PEERS, Respondent.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHAEL W. CASEY, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MALCOLM SUMNER, Respondent. v. WILLIAM F. RUPERT, Appellant.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES H. HICKEY and Another, Appellants, v. MARY L. COHAN, Respondent.—Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WALTER T. STALL and Others, Respondents, v. JACOB HANAUER, Appellant.—Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRED S. JAMES & Co., Respondent, v. SECOND RUSSIAN INSURANCE COMPANY, Appellant.— Motion granted. Settle order containing questions to be certified on notice before Mr. Justice McAvoy. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARTHUR H. LAMBORN and Others, Appellants, v. SEGGERMAN BROS., INC., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNITED STATES TRUST COMPANY OF PATERSON, N. J., Plaintiff, v. JACOB MENDELSON and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.